UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
WILLIAM H. KAYSER
MICHELLE L. KAYSER　　　　　　　　　　　　　　CASE NO. 12-81286

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**　　JPMorgan Chase Bank　　　　　　**Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 7298

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $208.86 |
| Amount Paid by Trustee | $208.86 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐　Thru the Chapter 13 Plan　　　　☒　Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:　5/10/17　　　　　　　　　　　　/s/Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee
　　　　　　　　　　　　　　　　　　　　308 W. State St., Suite 212
　　　　　　　　　　　　　　　　　　　　Rockford, IL  61101

Certificate of Service

　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of May, 2017.

Dated:　5/10/17　　　　　　　　　　　　/s/Cynthia K. Burnard

JP MORGAN CHASE BANK NA
3415 VISION DR
OH4-7142
COLUMBUS, OH 43219

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY 40290-1871

JPMORGAN CHASE BANK, NA.
700 KANSAS LANE
MAIL CODE: LA4-5555
MONROE, LA 71203

ATTORNEY HEATHER M. GIANNINO
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
PO BOX 740
DECATUR, IL 62525-0740

WILLIAM H. KAYSER
MICHELLE L. KAYSER
6418 EDGEWOOD ROAD
MACHESNEY PARK, IL 61115

LAW OFFICES OF HENRY REPAY
930 W. LOCUST STREET
BELVIDERE, IL 61008-4210